[No. 60622-1-I.  Division One.  November 10, 2008.]

Xusheng Chen, *Appellant*, v. Lawrence D. Isola et al.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 06-2-38348-6, Richard A. Jones, J., entered
August 24, 2007. *Affirmed* by unpublished per curiam
opinion.

[No. 60767-7-I.  Division One.  November 10, 2008.]

The State of Washington, *Respondent*, v. Lise Marie
Munson, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 07-1-02983-1, Richard D. Eadie, J., entered
October 23, 2007. *Affirmed* by unpublished per curiam
opinion.

[No. 60851-7-I.  Division One.  November 10, 2008.]

Ernest Kimball, *Individually and as Personal
Representative, Appellant*, v. Asbestos
Corporation Ltd. et al., *Defendants*,
Elliott Company, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 06-2-05502-1, Nicole MacInnes, J., entered
August 2, 2007. *Affirmed in part* and *reversed in part* by
unpublished opinion per Agid, J., concurred in by Grosse
and Lau, JJ.

[No. 60895-9-I.  Division One.  November 10, 2008.]

Pamela L. Dixon, *Appellant*, v. The City of Everett,
*Respondent*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 05-2-11244-0, Ronald L. Castleberry, J.,
entered October 26, 2007. *Affirmed* by unpublished opinion
per Grosse, J., concurred in by Becker and Appelwick, JJ.